AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Christopher Ocampo
*Petitioner*
v.
State of South Carolina
*Respondent*

Civil Action No.   1:21-cv-01341-TMC

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Petitioner take nothing of the Respondent and this case is dismissed with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b) and for failure to comply with court orders.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge presiding.  The court having dismissed the case with prejudice under FRCP 41(b).

Date:   July 22, 2021                                             *CLERK OF COURT*

                                                                   s/Angie Snipes
                                                         *Signature of Clerk or Deputy Clerk*